IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATHLEEN HOLLAND and MICHAEL HOLLAND, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) CASE NO. 2:19-CV-787-WKW ) |
| ETHICON, INC, and JOHNSON & JOHNSON, | ) ) ) |
| Defendants. | ) |

## ORDER

Upon consideration of the parties' Joint Stipulation of Dismissal (Doc. # 80), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs' action against Defendants has been dismissed with prejudice by operation of Rule 41, on the terms agreed to by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 10th day of August, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE